

UNITED STATES DISTRICT COURT
for the
EASTERN DISTRICT OF CALIFORNIA

FILED
JAN 16 2008
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY_____
       DEPUTY CLERK

UNITED STATES OF AMERICA
VS.

CASE/CITATION NO. 2:07MJ00287-GGH

_Bradley J. Davis_

**ORDER TO PAY**

SOCIAL SECURITY #: 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
DATE OF BIRTH: 12-21-75
DRIVER'S LICENSE #: #B4844237
ADDRESS: 7618 Lily Mar Ln.
Antalope        CA      95843
CITY            STATE   ZIP CODE

I UNDERSTAND THAT IF I MOVE PRIOR TO PAYING ANY FINE, RESTITUTION, OR PENALTY ASSESSMENT IN THIS CASE, I MUST NOTIFY THE ATTORNEY GENERAL OF THE UNITED STATES IN WRITING WITHIN SIXTY (60) DAYS OF ANY CHANGE IN MY RESIDENCE ADDRESS OR MAILING ADDRESS. **FAILURE TO PAY COULD RESULT IN A WARRANT BEING ISSUED OR AN ABSTRACT AGAINST MY DRIVER'S LICENSE OR VEHICLE BEING ISSUED.**

**I CERTIFY THAT ALL OF THE ABOVE INFORMATION IS TRUE AND CORRECT.**

DATE: 1-16-08                         _____
                                      DEFENDANT'S SIGNATURE

**YOU ARE HEREBY ORDERED TO PAY/COMPLY THE FOLLOWING:**

(X) Fine: $ 300.00 _____ and a penalty assessment of $ 10.00 _____ for a TOTAL AMOUNT OF: $ 310.00 _____ within 30 _____ days/months; or payments of $ _____ per month, commencing _____ and due on the _____ of each month until paid in full.
( ) Restitution: _____
( ) Community Service _____ with fees not to exceed $ _____
    completed by _____

**PAYMENTS must be made by CHECK or MONEY ORDER, payable to: Clerk, USDC and mailed to (circle one):**

**CENTRAL VIOLATIONS BUREAU**
PO BOX 70939
**CHARLOTTE, NC 28272-0939**

**CLERK, USDC**
2500 TULARE ST., RM. 1501
**FRESNO, CA 93721-1322**

**CLERK, USDC**
501 I STREET, STE. 4-200
**SACRAMENTO, CA 95814-2322**

Your check or money order must indicate **your name** and **case/citation number** shown above to ensure your account is credited for payment received.

Date: 1/16/2008                       _____
                                      U.S. MAGISTRATE JUDGE

Clerk's Office

FPI-SST                                                                    EDCA-3