DANIEL J. BRODERICK, #89424
Federal Defender
BENJAMIN D. GALLOWAY, CA Bar #214897
Staff Attorney
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700


Attorneys for Defendant
BRADLEY DAVIS

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Mag. No. 07-287 GGH |
| | ) | |
| Plaintiff, | ) | |
| | ) | STIPULATION AND ORDER |
| v. | ) | |
| | ) | |
| BRADLEY DAVIS, | ) | |
| | ) | Judge:   Hon. Gregory G. Hollows |
| Defendant. | ) | |
| | ) | |
| _____ | ) | |

    The United States of America, through S. ROBERT TICE-RASKIN, Assistant United States Attorney, together with defendant, BRADLEY DAVIS, by and through undersigned counsel, stipulate that, pursuant to the court's judgment imposed on January 16, 2008, a self-surrender date of June 13, 2008 should be set.  Mr. Davis was sentenced to serve a total of 10 days in the custody of the Bureau of Prisons through

///

///

1  periods of intermittent confinement as directed by the probation
2  officer.
3
4  Dated:  June 3, 2008
                                        Respectfully submitted,
5
                                        DANIEL J. BRODERICK
6                                       Federal Defender
7
                                        /s/ Benjamin D. Galloway
8                                       _____
                                        BENJAMIN D. GALLOWAY
9                                       Staff Attorney
                                        Attorney for Defendant
10                                      BRADLEY DAVIS
11
12 Dated:  June 3, 2008
13                                      McGREGOR SCOTT
                                        United States Attorney
14
15                                      /s/ S. Robert Tice-Raskin
                                        _____
16                                      S. ROBERT TICE-RASKIN
                                        Assistant U.S. Attorney
17
18                         **O R D E R**
19
       IT IS SO ORDERED.
20
21
   Dated: 06/06/08                      /s/ Gregory G. Hollows
22                                      _____
                                        HON. GREGORY H. HOLLOWS
23                                      United States Magistrate Judge
24 davis.ord
25
26
27
28

Stipulation and [Proposed] Order   -2-